IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE DANCEL GROUP, INC., ET AL. | § | PLAINTIFFS |
| | § | |
| v. | § | Civil Action No. 1:08CV1321-LG-LRA |
| | § | |
| U.S. FIDELITY & GUARANTY CO. | § | DEFENDANT |

## ORDER EXTENDING DEADLINE FOR PRIVATE MEDIATION

**BEFORE THE COURT** is the parties' request for approval to conduct mediation beyond the January 29, 2010 deadline imposed by the Court's Order for Mediation [20] for those utilizing private mediation. The parties now notify the Court that they had scheduled a mediation session complying with that deadline, but the mediator became ill and was unable to conduct the session. The parties are unable to reschedule mediation any earlier than February 24, 2010. The Court finds the request for a short extension of the mediation deadline to be well-taken under these circumstances.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties are granted until February 24, 2010 to fully comply with the Court's Order to Mediate.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE